**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** <br> **Sheila Henry,** <br> **Debtor.** | : | **Chapter 13** <br> **Bky No. 25-13169 (DJB)** |
| **Sheila Henry,** <br> **Plaintiff,** <br> **v.** <br> **U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION,** <br> **Defendant.** | : | **Adv. Proc. No. 26-106-DJB** |

# ORDER

**AND NOW,** upon consideration of the Motion to Dismiss Adversary Proceeding (the "Motion") filed by U.S. Bank Trust Company National Association [Dkt. No. 9], and the Response and Reply thereto [Dkt. Nos. 11 & 12], and a hearing having been held on the matter on June 11, 2026, and the Court having reviewed the allegations in the Complaint [Dkt. No. 1], and the Court concluding that the allegations pled in the Complaint, if true, together with all inferences drawn in the light most favorable to the Plaintiff, see Sweda v Univ. of Pennsylvania, 923 F.3d 320, 325 (3d Cir. 2019), could state a claim for relief that is plausible on its face, see Ashcroft v. Iqbal, 556 U.S. 662, 678-79 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007), it is hereby **ORDERED** that:

1. The Motion is **DENIED**; and

2. The Defendant shall file its answer on or before **July 24, 2026.**

**Date: July 9, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**