**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| SHEILA HENRY | : | CASE NO: 25-13169DJB |
| Debtor | : | |
| SHEILA HENRY | : | |
| Plaintiff | : | ADV. NO. 26-106 |
| v. | : | |
| US BANK TRUST CO., N.A., AS TRUSTEE, as successor in interest to US BANK, N.A, AS TRUSTEE for the EMC MORTGAGE LOAN TRUST 2004-A, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-A | : | |
| Defendant | : | |

**STIPULATION AND ORDER DISMISSING ADVERSARY ACTION**

AND NOW, IT IS HEREBY STIPULATED AND AGREED to by and between the Debtor/Plaintiff, Sheila Henry, and Defendant, US Bank Trust Co., N.A., as Trustee, as successor-in-interest to US Bank, N.A., as trustee for the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificate Series 2004-A, that the above-captioned adversary action is DISMISSED WITH PREJUDICE.

RESPECTFULLY SUBMITTED:

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Community Legal Services of Philadelphia
Attorney for Debtor/Plaintiff
1410 W. Erie Ave.
Telephone: (215) 227-4795
Facsimile: (215) 229-7126
amadrid@clsphila.org

/s/ Nicholas F. Borsuk
NICHOLAS F. BORSUK, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Counsel for Defendant.
U.S. Steel Tower 600 Grant Street,
44th Floor Pittsburgh, PA 15219
(412) 566-6000
Nborsuk@eckertseamans.com

SO ORDERED:

Derek J. Baker
United States Bankruptcy Judge

**Date: September 9, 2026**